UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA CONTRERAS,<br><br>    Plaintiff,<br><br>    v.<br><br>FRESNO COUNTY EMPLOYEES' RETIREMENT ASSOCIATION,<br><br>    Defendant. | **1:17-cv-00329-DAD-MJS**<br><br>**ORDER**<br><br>**TEN (10) DAY DEADLINE** |

Plaintiff is proceeding in this action pro se. Pending are Plaintiff's three Motions to Proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 2-4.)

On review, the Court finds that Plaintiff has submitted inconsistent statements regarding her monthly income. On one hand, she claims that "I do not currently have any income," (ECF No. 2 at 1), and on the other hand, she claims to be presently employed by Fresno County with a gross monthly income of $4,600 (ECF No. 4 at 2). Accordingly, IT IS HEREBY ORDERED that Plaintiff shall submit within ten days from the date of this Order a statement of clarification regarding her monthly income.

IT IS SO ORDERED.

Dated: May 5, 2017                         /s/ *Michael J. Seng*
                                                         UNITED STATES MAGISTRATE JUDGE

1