UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA CONTRERAS,<br><br>    Plaintiff,<br><br>    v.<br><br>FRESNO COUNTY EMPLOYEES' RETIREMENT ASSOCIATION,<br><br>    Defendant. | 1:17-cv-00329-DAD-MJS<br><br>**ORDER GRANTING PLAINTIFF'S MOTIONS TO PROCEED IN FORMA PAUPERIS**<br><br>**(ECF NOS. 2, 3, 4)** |

Plaintiff is proceeding in this action pro se. Pending are Plaintiff's three Motions to Proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF Nos. 2-4.) The Court has reviewed the motions and Plaintiff's Notice of Clarification (ECF No. 11) and concludes that Plaintiff's applications demonstrate that she is entitled to proceed without prepayment of fees. Accordingly, Plaintiff's Motions to Proceed in forma pauperis are hereby GRANTED.

IT IS SO ORDERED.

Dated: May 16, 2017          /s/ *Michael J. Seng*
                                                   UNITED STATES MAGISTRATE JUDGE